1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6962
7
   Attorneys for Plaintiff
8

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

                SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0265-MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RE CONTINUANCE OF |
| | ) | CHRISTOPHER MCDONALD'S |
| CHRISTOPHER JOSEPH MCDONALD, ET AL. | ) | SENTENCING DATE |
| | ) | |
| Defendant. | ) | |

STIP. RE CONTINUANCE

CR 06-0265-MHP

1  This matter is currently scheduled for sentencing on October 23, 2006. The defendant, as
2  part of his plea agreement, agreed to provide assistance to the government in this matter in
3  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4  defendant has been cooperating with the joint investigation by the United States Attorney's
5  Office here in the Northern District of California and the Fraud Section of the Criminal Division
6  in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7  request that Christopher McDonald's sentencing be continued to November 13, 2006 or as soon
8  thereafter as the Court is available.
9  SO STIPULATED.

KEVIN V. RYAN
United States Attorney

Dated: August 24, 2006

/s/
KESLIE STEWART
Assistant United States Attorney

Dated: August 24, 2006

/s/
BILL GOODMAN
Attorney for Defendant

SO ORDERED.

Dated: August 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. RE CONTINUANCE

CR 06-0265-MHP