1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6962
7
   Attorneys for Plaintiff
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,        )   No. CR 06-0265-MHP
                                      )
14 |     Plaintiff,                   )
                                      )   STIPULATION AND [PROPOSED]
15 |     v.                           )   ORDER RE CONTINUANCE OF
                                      )   CHRISTOPHER MCDONALD'S
16 | CHRISTOPHER JOSEPH MCDONALD,     )   SENTENCING DATE
   | ET AL.                           )
17 |                                  )
                                      )
18 |     Defendant.                   )

STIP. RE CONTINUANCE

CR 06-0265-MHP

1   This matter is currently scheduled for sentencing on October 23, 2006. The defendant, as
2   part of his plea agreement, agreed to provide assistance to the government in this matter in
3   exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4   defendant has been cooperating with the joint investigation by the United States Attorney's
5   Office here in the Northern District of California and the Fraud Section of the Criminal Division
6   in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7   request that Christopher McDonald's sentencing be continued to November 13, 2006 or as soon
8   thereafter as the Court is available.
9   SO STIPULATED.

KEVIN V. RYAN
United States Attorney

Dated: August 24, 2006                    /s/
                                          KESLIE STEWART
                                          Assistant United States Attorney

Dated: August 24, 2006                    /s/
                                          BILL GOODMAN
                                          Attorney for Defendant

SO ORDERED.

Dated:  August 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. RE CONTINUANCE

CR 06-0265-MHP