1  TOPEL & GOODMAN
2  WILLIAM M. GOODMAN (SBN 61305)
   RAPHAEL M. GOLDMAN (SBN 229261)
3  832 Sansome Street, 4th Floor
   San Francisco, CA 94111
4  Tel: (415) 421-6140
5  Fax: (415) 398-5030

6  Counsel for Defendant
   CHRISTOPHER McDONALD
7

   E-filing   FILED

   JAN - 9 2007

   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8           UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         CR 06-0265-1 MHP
12
13 v.                                STIPULATION AND [PROPOSED]
                                     ORDER MODIFYING AMENDED
14 CHRISTOPHER JOSEPH MCDONALD,      JUDGMENT
15      Defendant.

20  A) Whereas, the prior request of the United States that defendant Christopher Joseph
21     McDonald not have contact with his co-defendants was intended to be in force only
22     until the date of Mr. McDonald's sentencing and;
23  B) Whereas, sentencing occurred in Mr. McDonald's case on November 13, 2006 and;
24  C) Now, therefore, the parties stipulate that the no contact special condition of probation
25     set forth in paragraph (1) on page 3 of the Amended Judgment in this case be
26     stricken.

SO STIPULATED:

*[signature]*
Keslie Stewart
Assistant United States Attorney

*[signature]*
William M. Goodman
Counsel for Defendant
Christopher Joseph McDonald

IT IS SO ORDERED.

*[signature]*  JAN 0 9 2007

Honorable Marilyn Hall Patel
United States District Judge

2