1  KASOWITZ, BENSON, TORRES & FRIEDMAN
2  WILLIAM M. GOODMAN (SBN 61305)
   832 Sansome Street, 4th Floor
3  San Francisco, CA 94111
   Tel: (415) 421-6140
4  Fax: (415) 398-5030
5
   Counsel for Defendant
6  CHRISTOPHER J. McDONALD
7

8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           CR 06-0265 MHP
12
13 v.                                  STIPULATION AND [PROPOSED]
                                       TRAVEL ORDER
14 CHRISTOPHER JOSEPH MCDONALD,
15          Defendant.
16

17      Counsel for defendant Christopher Joseph McDonald and counsel for the government
18 hereby agree and stipulate that defendant Christopher Joseph McDonald may travel outside the
19 United States to Copenhagen, Denmark between September 27, 2007 and October 5, 2007.
20 Defendant's supervising probation officer in Atlanta, Georgia has been informed of this travel
21 request and has no objection to it.
22
23 SO STIPULATED.
24
25    /s/                                              /s/
26 _____                          _____
   William M. Goodman                          Keslie Stewart
27 Counsel for Defendant                       Assistant United States Attorney
   Christopher Joseph McDonald
28


IT IS SO ORDERED
Judge Marilyn H. Patel

June 20, 2007

1

IT IS SO ORDERED.

_____
Honorable Marilyn Hall Patel
United States District Judge